## Catherine Rose Stultz Schultz, Appellee, v. Chicago Flat Janitors Union, Local No. 1 et al., Appellants.

Gen. No. 44,924.

Joseph A. Ricker, for

appellants; Maximilian J. St. George, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 23, 1950; released for publication April 13, 1950.